**FILED**

02/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609



IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0609

| | | |
|---|---|---|
| ARIANE WITTMAN and JEREMY TAYLEN, | ) ) ) | |
| Appellants, | ) ) ) | **ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |
| -vs- | ) ) | |
| CITY OF BILLINGS, | ) ) | |
| Appellee. | ) ) ) | |

Pursuant to Appellants' Motion and to Montana Rule of Appellate Procedure 26(1), Appellants are granted a thirty-day extension to file their opening brief.

Appellants' opening brief shall be due on or before March 31, 2021.

DATED_____, 2021.


By: _____
BOWEN GREENWOOD
Clerk of Montana Supreme Curt

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 4 2021